# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-02100 |
| JARRED, TRACEY L | § | |
| JARRED, DINA L | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of             $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 07-02100 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JARRED, TRACEY L | | | Date Filed (f) or Converted (c): | 02/07/07 (f) |
| | JARRED, DINA L | | | 341(a) Meeting Date: | 03/07/07 |
| For Period Ending: | 05/27/09 | | | Claims Bar Date: | 10/10/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WASHINGTON MUTUAL CHECKING | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 3. CLOTHES | 200.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. CLAIM AGAINST MIDWEST FORECLOSURE SOLUTIONS, INC A | 49,691.00 | 0.00 | | 0.00 | FA |
| 5. 1997 GEO METRO(98,000 MILES) | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. 2001 CHEVY MALIBU (74,000 MILES) TO BE SURRENDERED | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. ADV SETT- SCAR (u) | 0.00 | 0.00 | | 35,000.00 | 0.00 |
| 07 A 00395 - SETTLEMENT W SCARDICCHIO & FILIPPONIO | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 53.47 | Unknown |
| 9. ADV SETT- MIDWEST (u) | Unknown | 0.00 | | 4,502.34 | 497.66 |
| 07 A 00395 - SETTLEMENT WITH MIDWEST FORECLOSURE SOLUTIONS | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $54,391.00 | $0.00 | | $39,555.81 | $497.66 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSET NOTICE FILED 7-10-07

ADVERSARY FILED TO RECOVER TRANSFERS; OBJECTED TO D'S HOMESTEAD EXEMPTION CLAIM

LFORM1

UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

Ver: 14.31

Case 07-02100   Doc 77   Filed 05/27/09   Entered 05/27/09 13:25:49   Desc Main
Document      Page 4 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-02100    JBS    Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JARRED, TRACEY L | Date Filed (f) or Converted (c): | 02/07/07 (f) |
| | JARRED, DINA L | 341(a) Meeting Date: | 03/07/07 |
| | | Claims Bar Date: | 10/10/07 |

Initial Projected Date of Final Report (TFR): 12/31/07      Current Projected Date of Final Report (TFR): 09/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 07-02100 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JARRED, TRACEY L | Bank Name: | Bank of America, N.A. |
| | JARRED, DINA L | Account Number / CD #: | 4429208201  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0770 | | |
| For Period Ending: | 05/27/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/08 | 7 | ANNA FILIPPONIO & MARIA SCARDICCHIO COHEN & KROL CLIENT FUND ACCT. | ADV SETTLEMENT | 1249-000 | 25,000.00 | | 25,000.00 |
| 01/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 1.08 | | 25,001.08 |
| 02/19/08 | 9 | MIDWEST FORCLOSURE SOLUTIONS | ADV SETTLEMENT PMT | 1249-000 | 417.00 | | 25,418.08 |
| * 02/19/08 | 000101 | DEPOSITION MANAGEMENT 120 SOUTH STATE STREET 4TH FLOOR CHICAGO, IL 60603 | 12/27/07 DEP TRANS JUDEO ROBERTS | 2990-004 | | 456.80 | 24,961.28 |
| 02/29/08 | 8 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 5.96 | | 24,967.24 |
| 03/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 6.01 | | 24,973.25 |
| 04/16/08 | 7 | ANNA FILIPPONIO & MARIA SCARDICCHIO COHEN & KROL CLIENT FUND ACCT. | ADV SETTLEMENT | 1249-000 | 7,500.00 | | 32,473.25 |
| 04/30/08 | 9 | MIDWEST FORECLOSURE | ADV SETTLEMENT PYMT | 1149-000 | 1,634.34 | | 34,107.59 |
| 04/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 5.93 | | 34,113.52 |
| 05/14/08 | 7 | ANNA FILIPPONIO & MARIA SCARDICCHIO | ADV SETTLEMENT | 1249-000 | 2,500.00 | | 36,613.52 |
| 05/15/08 | 9 | MIDWEST FORECLOSURES | ADV SETTLEMENT PAYMENT | 1149-000 | 417.00 | | 37,030.52 |
| 05/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.55 | | 37,035.07 |
| 06/19/08 | 9 | MIDWEST FORECLOSURES | ADV SETTLEMENT | 1149-000 | 417.00 | | 37,452.07 |
| 06/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.63 | | 37,456.70 |
| 07/18/08 | 9 | MIDWEST FORECLOSURE | ADV SETTLEMENT | 1149-000 | 417.00 | | 37,873.70 |
| 07/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.83 | | 37,878.53 |
| 08/29/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.87 | | 37,883.40 |
| * 09/29/08 | 000101 | DEPOSITION MANAGEMENT 120 SOUTH STATE STREET 4TH FLOOR CHICAGO, IL 60603 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2990-004 | | -456.80 | 38,340.20 |

Page Subtotals        38,340.20        0.00

Ver: 14.31

FORM 2

Page: 2
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-02100 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JARRED, TRACEY L | | Bank Name: | Bank of America, N.A. |
| | JARRED, DINA L | | Account Number / CD #: | 4429208201  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0770 | | | |
| For Period Ending: | 05/27/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.72 | | 38,344.92 |
| 10/02/08 | 9 | MIDWEST FORECLOSURE | ADV SETTLEMENT | 1241-000 | 1,200.00 | | 39,544.92 |
| 10/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.81 | | 39,548.73 |
| 11/28/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.24 | | 39,551.97 |
| 12/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.99 | | 39,553.96 |
| 01/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,554.30 |
| 02/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 36.74 | 39,517.56 |
| 02/27/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 39,517.86 |
| 03/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,518.20 |
| 04/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 39,519.07 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 39,555.81 | 36.74 | 39,519.07 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 39,555.81 | 36.74 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 39,555.81 | 36.74 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208201 | 39,555.81 | 36.74 | 39,519.07 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 39,555.81 | 36.74 | 39,519.07 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,215.61  36.74

Ver: 14.31

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

**FORM 2**

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-02100 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JARRED, TRACEY L | Bank Name: | Bank of America, N.A. |
| | JARRED, DINA L | Account Number / CD #: | 4429208201  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0770 | | |
| For Period Ending: | 05/27/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 14.31

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-02100
Case Name: JARRED, TRACEY L
　　　　　  JARRED, DINA L
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ | $ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: CLERK OF BANKRUPTCY COURT | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other: NA* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *NA*_____ | *NA*_____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *AmeriCredit* | $_____ | $_____ |
| *000002* | *Cb Usa Inc* | $_____ | $_____ |

UST Form 101-7-TFR (4/1/2009) *(Page: 9)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *Portfolio Recovery Associates, LLC.* | $ | $ |
| *000004* | *Cpi/Joliet* | $ | $ |
| *000005* | *Portfolio Recovery Associates, LLC.* | $ | $ |
| *000006* | *Roundup Funding, LLC* | $ | $ |
| *000007* | *US Bank Corp/Retail Payment Solutions* | $ | $ |
| *000008* | *LVNV Funding LLC (Assignee of Citibank)* | $ | $ |
| *000009* | *LVNV Funding LLC (assignee of Citibank)* | $ | $ |
| *000010* | *LVNV Funding LLC (Assignee of Citibank)* | $ | $ |
| *000013* | *Oncology Specialists* | $ | $ |
| *000014* | *Nicor Gas* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____.