# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 07-02100
JARRED, TRACEY L §
JARRED, DINA L §
      Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 39,555.81 |
| *and approved disbursements of* | $ | 36.74 |
| *leaving a balance of* | $ | 39,519.07 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee:* ANDREW J. MAXWELL, TRUSTEE | $ 3,320.08 | $ 0.00 |
| *Attorney for trustee:* MAXWELL LAW GROUP, LLC | $ 35,081.23 | $ 941.37 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Special Attorney for trustee:* | $ | $ |
| Charges: CLERK OF BANKRUPTCY COURT | $ 176.39 | $ 0.00 |
| *Fees:* | $ | $ |
| *Other:* NA | $ NA | $ NA |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* NA | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,558.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | AmeriCredit | $ 15,549.15 | $ 0.00 |
| 000002 | Cb Usa Inc | $ 462.00 | $ 0.00 |
| 000003 | Portfolio Recovery Associates, LLC. | $ 794.63 | $ 0.00 |
| 000004 | Cpi/Joliet | $ 84.00 | $ 0.00 |
| 000005 | Portfolio Recovery Associates, LLC. | $ 877.61 | $ 0.00 |
| 000006 | Roundup Funding, LLC | $ 1,479.00 | $ 0.00 |
| 000007 | US Bank Corp/Retail Payment Solutions | $ 10,555.12 | $ 0.00 |
| 000008 | LVNV Funding LLC (Assignee of Citibank) | $ 1,594.43 | $ 0.00 |
| 000009 | LVNV Funding LLC (assignee of Citibank) | $ 189.54 | $ 0.00 |
| 000010 | LVNV Funding LLC (Assignee of Citibank) | $ 328.13 | $ 0.00 |
| 000013 | Oncology Specialists | $ 139.16 | $ 0.00 |
| 000014 | Nicor Gas | $ 505.66 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/30/2009 in Courtroom 682 ,

United States Courthouse

219 South Dearborn

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 05/27/2009            By:/s/ANDREW J. MAXWELL, TRUSTEE
                                    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams, SUITE 3200, CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 2                   Date Rcvd: May 28, 2009
Case: 07-02100                Form ID: pdf006             Total Served: 62

The following entities were served by first class mail on May 30, 2009.
db/jdb      +Tracey L Jarred,   Dina L Jarred,   5649 N Meade,   Chicago, IL 60646-6106
aty         +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
              Chicago, IL 60603-6209
aty         +Jaclyn H. Smith,   Maxwell Law Group, LLC,   105 W. Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
aty         +Steven S. Potts,   Maxwell & Potts, LLC,   105 W Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
aty         +Vikram R Barad,   Maxwell Law Group, LLC,   105 W. Adams Street, Suite 3200,
              Chicago, IL 60603-6209
tr          +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
11164937   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,   POB 183853,   Arlington, TX 76096)
11164952   ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
             (address filed with court: Cross Country Bank,   800 Delaware Ave,   Wilmington, DE 19801)
11164935    Advanced Radiology Associates SC,   c/o Illinois Collection Service Inc,   PO Box 646,
              Oak Lawn, IL 60454-0646
11164938    Associated Recovery,   PO Box 469046,   Escondido, CA 92046-9046
11164939   +BP Citibank,   c/o Northland Group Inc,   PO Box 390905,   Minneapolis, MN 55439-0905
11164940   +Cab Serv,   60 Barney Dr,   Joliet, IL 60435-6402
11164941   +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
11164942    Cb Usa Inc,   Southwest Anesthesia,   Consultants,   55252 Hohman Ave,   Hammond, IN 46320
11164944   +Chrysler Financial,   999 Oakmont Plaza Dr,   Westmont, IL 60559-5563
11164945    Cingular,   c/o AFNI,   Po Box 3427,   Bloomington, IL 61702-3427
11164946   +Citgo Oil/citibank,   Po Box 6003,   Hagerstown, MD 21747-6003
11164947   +City of Chicago,   Dept of Rev. Bur of Parking Enforce,   333 South State Street Rm 540,
              Chicago, IL 60604-3951
11164948   +City of Chicago Parking,   PO Box 88292,   Chicago, IL 60680-1292
11164949   +ComEd,   c/o Van Ru Credit Corporation,   10024 Skokie Blvd, Suite 2,   Skokie, IL 60077-1025
11164950   +Cpi/Joliet,   Tamarck Heating & Cooling,   1256 W Jefferson St Ste 200,   Joliet, IL 60435-6889
11164951   +Creditors Collection B,   755 Almar Pkwy,   Bourbonnais, IL 60914-2392
11164953   +Dependon Collection Se,   7627 W Lake St 210,   River Forest, IL 60305-1878
11164954   +First Midwest Bank/na,   300 N Hunt Club Rd,   Gurnee, IL 60031-2502
11164955    Golf Surgical Center,   c/o Illinois Collection Service Inc,   PO BOX 646,
              Oak Lawn, IL 60454-0646
11164956   +Haf,   6602 Convoy Ct,   San Diego, CA 92111-1009
11164957   +Hsbc Nv,   Pob 19360,   Portland, OR 97280-0360
11164959   +I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
11164960   +Ill. Department of Employment Secur,   Manager Benefit Payment Control,   PO Box 4385,
              Chicago, IL 60680-4385
11164961    Illinois Collection Service,   PO Box 646,   Oak Lawn, IL 60454-0646
11164962   +JP Morgan Chase DDA,   c/o Leading Edge Recovery Solutions,   5440 N. Cumberland Ave, Suite 300,
              Chicago, IL 60656-1486
11164963   +Kca Financial Svcs,   628 North St,   Geneva, IL 60134-1356
11164965   +LVNV Funding LLC,   c/o Northland Group, Inc,   PO Box 390846,   Edina, MN 55439-0846
11164964    Lutheran General Hospital,   c/o Illinois Collection Service Inc,   PO Box 646,
              Oak Lawn, IL 60454-0646
11164966   +Medhat Dental Excellence Assoc PC,   6011 N. Milwaukee Avenue,   Chicago, IL 60646-4709
11164968   +Midland Credit Mgmt,   8875 Aero Dr,   San Diego, CA 92123-2251
11164969    Midwest Diagnostic Pathology SC,   c/o OSI Collection Services, Inc.,   PO Box 959,
              Brookfield, WI 53008-0959
11164971   +Nextcard Inc,   Pob 60610,   Phoenix, AZ 85082-0610
11164972   +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11164973   +Northwest Collectors,   3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
11164974    Oak Mill Medical Associates, SC,   PO Box 88467 Dept A,   Chicago, IL 60680-1467
11164943   +Oncology Specialists,   Certified Services Inc,   1733 Washington St Ste 2,
              Waukegan, IL 60085-5192
11164975  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   Pob 12914,   Norfolk, VA 23541)
11498571   +Portfolio Recovery Associates, LLC.,   POB 41067,   NORFOLK VA 23541-1067
11164976   +Prairie Emergency Services,   c/o Medical Recovery Specialists,   2250 East Devon Ave, Suite 352,
              Des Plaines, IL 60018-4521
11164977   +Provena St Joseph Med Ctr,   c/o KCA Financial Services, Inc.,   628 North Street, PO Box 53,
              Geneva, IL 60134-0053
11164978    Quest Diagnostics Inc,   c/o American Medical Collection Age,   2269 S Saw Mill Rd, Building 3,
              Elmsford, NY 10523
11164979   +Ret Ntl Bk/target,   3701 Wayzata Blvd #2-Cf,   Minneapolis, MN 55416-3401
11164980   +Shell Oil/citibank,   Po Box 6003,   Hagerstown, MD 21747-6003
11164981   +Tnb-visa,   3701 Wayzata Blvd #2cf,   Minneapolis, MN 55416-3401
11164983    US Bank,   PO Box 5227,   CN-OH-W15,   Cincinnati, OH 45202-5227
11533996   +US Bank Corp/Retail Payment Solutions,   PO BOX 5229,   Cincinnati, Ohio 45201-5229
11164982   +Us Bank,   205 W 4th St,   Cincinnati, OH 45202-4824
11164985   +Wffinancial,   2501 Seaport Drive Bh 300,   Chester, PA 19013-2241
11164984   +Wffinancial,   4801 W Peterson Av,   Chicago, IL 60646-5713

The following entities were served by electronic transmission on May 29, 2009.
11164936   +E-mail/PDF: recoverybankruptcy@afninet.com May 29 2009 01:59:01     Afni, Inc.,   Po Box 3427,
              Bloomington, IL 61702-3427
11534358    E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11640307    E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: May 28, 2009
Case: 07-02100                Form ID: pdf006             Total Served: 62

The following entities were served by electronic transmission (continued)
11164967     +E-mail/Text: tjordan@mcscol.com                              Medical Collections Sy,
              725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
11164970     +Fax: 847-227-2151 May 29 2009 02:53:53      Mrsi,    2250 E Devon Ave Ste 352,
              Des Plaines, IL 60018-4521
11658193     +E-mail/Text: bankrup@nicor.com                               Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
11533431      E-mail/PDF: BNCEmails@blinellc.com May 29 2009 01:52:57      Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                                  TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11164958*    +Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2009**                **Signature:** _Joseph Speetjens_