UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-02100 |
| JARRED, TRACEY L | § | |
| JARRED, DINA L | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 57 creditors listed | | | | | |
| AMERICREDIT | | | | | |
| CB USA INC | | | | | |
| CPI/JOLIET | | | | | |
| LVNV FUNDING LLC- ASSIGN.OF CITIBANK | | | | | |
| LVNV FUNDING LLC- ASSIGN.OF CITIBANK | | | | | |
| LVNV FUNDING LLC- ASSIGN.OF CITIBANK | | | | | |
| NICOR GAS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ONCOLOGY SPECIALISTS | | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| US BANK CORP/RETAIL PAYMENT SOLUTIO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-02100 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JARRED, TRACEY L | | | Date Filed (f) or Converted (c): | 02/07/07 (f) |
| | JARRED, DINA L | | | 341(a) Meeting Date: | 03/07/07 |
| For Period Ending: | 08/21/09 | | | Claims Bar Date: | 10/10/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WASHINGTON MUTUAL CHECKING | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 3. CLOTHES | 200.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. CLAIM AGAINST MIDWEST FORECLOSURE SOLUTIONS, INC A | 49,691.00 | 0.00 | | 0.00 | FA |
| 5. 1997 GEO METRO(98,000 MILES) | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. 2001 CHEVY MALIBU (74,000 MILES) TO BE SURRENDERED | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. ADV SETT- SCAR (u) | 0.00 | 0.00 | | 35,000.00 | 0.00 |
| 07 A 00395 - SETTLEMENT W SCARDICCHIO & FILIPPONIO | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 55.42 | Unknown |
| 9. ADV SETT- MIDWEST (u) | Unknown | 0.00 | | 4,502.34 | 497.66 |
| 07 A 00395 - SETTLEMENT WITH MIDWEST FORECLOSURE SOLUTIONS | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $54,391.00 | $0.00 | | $39,557.76 | $497.66 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made 6-30-09

ASSET NOTICE FILED 7-10-07

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-02100   JBS   Judge: JACK B. SCHMETTERER | Trustee Name:   ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JARRED, TRACEY L | Date Filed (f) or Converted (c):   02/07/07 (f) |
| | JARRED, DINA L | 341(a) Meeting Date:   03/07/07 |
| | | Claims Bar Date:   10/10/07 |

ADVERSARY FILED TO RECOVER TRANSFERS; OBJECTED TO D'S HOMESTEAD EXEMPTION CLAIM

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 09/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 07-02100 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JARRED, TRACEY L | Bank Name: | Bank of America, N.A. |
| | JARRED, DINA L | Account Number / CD #: | 4429208201  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0770 | | |
| For Period Ending: | 08/21/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/08 | 7 | ANNA FILIPPONIO & MARIA SCARDICCHIO COHEN & KROL CLIENT FUND ACCT. | ADV SETTLEMENT | 1249-000 | 25,000.00 | | 25,000.00 |
| 01/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 1.08 | | 25,001.08 |
| 02/19/08 | 9 | MIDWEST FORCLOSURE SOLUTIONS | ADV SETTLEMENT PMT | 1249-000 | 417.00 | | 25,418.08 |
| * 02/19/08 | 000101 | DEPOSITION MANAGEMENT 120 SOUTH STATE STREET 4TH FLOOR CHICAGO, IL 60603 | 12/27/07 DEP TRANS JUDEO ROBERTS | 2990-004 | | 456.80 | 24,961.28 |
| 02/29/08 | 8 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 5.96 | | 24,967.24 |
| 03/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 6.01 | | 24,973.25 |
| 04/16/08 | 7 | ANNA FILIPPONIO & MARIA SCARDICCHIO COHEN & KROL CLIENT FUND ACCT. | ADV SETTLEMENT | 1249-000 | 7,500.00 | | 32,473.25 |
| 04/30/08 | 9 | MIDWEST FORECLOSURE | ADV SETTLEMENT PYMT | 1149-000 | 1,634.34 | | 34,107.59 |
| 04/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 5.93 | | 34,113.52 |
| 05/14/08 | 7 | ANNA FILIPPONIO & MARIA SCARDICCHIO | ADV SETTLEMENT | 1249-000 | 2,500.00 | | 36,613.52 |
| 05/15/08 | 9 | MIDWEST FORECLOSURES | ADV SETTLEMENT PAYMENT | 1149-000 | 417.00 | | 37,030.52 |
| 05/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.55 | | 37,035.07 |
| 06/19/08 | 9 | MIDWEST FORECLOSURES | ADV SETTLEMENT | 1149-000 | 417.00 | | 37,452.07 |
| 06/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.63 | | 37,456.70 |
| 07/18/08 | 9 | MIDWEST FORECLOSURE | ADV SETTLEMENT | 1149-000 | 417.00 | | 37,873.70 |
| 07/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.83 | | 37,878.53 |
| 08/29/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.87 | | 37,883.40 |
| * 09/29/08 | 000101 | DEPOSITION MANAGEMENT 120 SOUTH STATE STREET 4TH FLOOR CHICAGO, IL 60603 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2990-004 | | -456.80 | 38,340.20 |
| | | | Page Subtotals | | 38,340.20 | 0.00 | |

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-02100 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JARRED, TRACEY L | | Bank Name: | Bank of America, N.A. |
| | JARRED, DINA L | | Account Number / CD #: | 4429208201 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0770 | | | |
| For Period Ending: | 08/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.72 | | 38,344.92 |
| 10/02/08 | 9 | MIDWEST FORECLOSURE | ADV SETTLEMENT | 1241-000 | 1,200.00 | | 39,544.92 |
| 10/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.81 | | 39,548.73 |
| 11/28/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.24 | | 39,551.97 |
| 12/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.99 | | 39,553.96 |
| 01/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,554.30 |
| 02/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 36.74 | 39,517.56 |
| 02/27/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 39,517.86 |
| 03/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,518.20 |
| 04/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 39,519.07 |
| 05/29/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,520.07 |
| 06/30/09 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.95 | | 39,521.02 |
| 06/30/09 | | Transfer to Acct #4429208434 | Final Posting Transfer | 9999-000 | | 39,521.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 39,557.76 | 39,557.76 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,521.02 | |
| Subtotal | 39,557.76 | 36.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 39,557.76 | 36.74 | |

Page Subtotals     1,217.56     39,557.76

Ver: 14.31c

LFORM24

UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 07-02100 -JBS | |
| Case Name: | JARRED, TRACEY L | |
| | JARRED, DINA L | |
| Taxpayer ID No: | *******0770 | |
| For Period Ending: | 08/21/09 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | 4429208434 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/09 | | Transfer from Acct #4429208201 | Transfer In From MMA Account | 9999-000 | 39,521.02 | | 39,521.02 |
| 06/30/09 | 001001 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Trustee Compensation | 2100-000 | | 3,320.25 | 36,200.77 |
| 06/30/09 | 001002 | CLERK OF BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 176.40 | 36,024.37 |
| 06/30/09 | 001003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 35,082.96 | 941.41 |
| 06/30/09 | 001004 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 941.41 | 0.00 |

```
                                        COLUMN TOTALS                    39,521.02       39,521.02           0.00
                                 Less:  Bank Transfers/CD's               39,521.02            0.00
                                        Subtotal                               0.00       39,521.02
                                 Less:  Payments to Debtors                                    0.00
                                        Net                                    0.00       39,521.02

                                                                                           NET           ACCOUNT
                TOTAL - ALL ACCOUNTS                                    NET DEPOSITS    DISBURSEMENTS     BALANCE
                Money Market - Interest Bearing - 4429208201              39,557.76         36.74           0.00
                Checking Account (Non-Interest Earn - 4429208434               0.00     39,521.02           0.00
                                                                         -----------    -----------    -----------
                                                                          39,557.76      39,557.76           0.00
                                                                         ===========    ===========    ===========
                                                                        (Excludes Account  (Excludes Payments   Total Funds
                                                                          Transfers)        To Debtors)     On Hand


                                        Page Subtotals                    39,521.02       39,521.02
```

Ver: 14.31c

LFORM24

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-02100 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JARRED, TRACEY L | | Bank Name: | Bank of America, N.A. |
| | JARRED, DINA L | | Account Number / CD #: | 4429208434  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0770 | | | |
| For Period Ending: | 08/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - 4429208201

Checking Account (Non-Interest Earn - 4429208434

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 14.31c

LFORM24

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*